UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> ONE RUGER MARK II .22 CALIBER, ) <br> PISTOL ) <br> ) <br> DEFENDANT-IN-REM. ) | Civ. No. 07-106-B-W |

### DECREE OF FORFEITURE

WHEREAS, on July 23, 2007, a Verified Complaint for Forfeiture against the defendant-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of of Title 18, United States Code, Sections 922(k) and 924(d);

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, on August 13, 2007, notice of this action was published in the Bangor Daily News, a newspaper of general circulation;

WHEREAS, on August 22, 2007, Michael Wheelden was served with the Verified Complaint for Forfeiture, the Summons and Warrant for Arrest and Notice of the forfeiture;

WHEREAS, on about September 28, 2007, Michael Wheelden was defaulted;

WHEREAS, it appearing from the record no claims, contested or otherwise, have been filed against the defendants-in-rem;

**NOW THEREFORE**, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant-in-rem is **FORFEITED**

to the United States and no right, title or interest shall exist in any other person or entity;

**IT IS FURTHER ORDERED THAT** that the defendant-in-rem shall be disposed of according to law.

**SO ORDERED.**

/s/ John A. Woodcock, Jr.<br>
JOHN A. WOODCOCK, JR.<br>
UNITED STATES DISTRICT JUDGE

Dated this 11th day of October, 2007